**Order entered January 14, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01122-CV

### CIA BABIY, Appellant

### V.

### RAMZI MORGAN KELLEY, Appellee

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-04069-2015**

## ORDER

Before the Court is appellant's motion for re-argument. We **GRANT** the motion. This case will be resubmitted for oral argument on notice to the parties. No further briefing is requested at this time.

/s/    ERIN A. NOWELL
       JUSTICE